UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: **18-20358 U-S**

UNITED STATES OF AMERICA,
Plaintiff,

v.

WAIVER **of Speedy Trial and Preliminary Hearing**

Defendant.
**MARIO ERNESTO LOPEZ-DUBURSION**

I, **Mario Ernesto Lopez-Dubarssion**, the above-named defendant, being advised of the nature of the charge(s) pending against me in the U.S. District Court, Southern District of Florida, hereby acknowledge the following facts to be true:

1) I have been fully advised of my rights, specifically my right to **A Speedy Trial And Preliminary Hearing thru 7/23/19**

2) I possess full knowledge and understanding of the charges pending against me in this case.

3) Of my own free will, I do hereby refuse and waive in open court on **June 20, 2019**, my right to **Speedy Trial and Preliminary Hearing thru 7/23/19**

DATED: **6/20/19**

_____
Defendant

_____
Counsel for Defendant

## MAGISTRATE JUDGE'S CERTIFICATE

The undersigned United States Magistrate Judge certifies that the defendant, having been advised of his Constitutional rights, has refused and waived his/her right to **Speedy Trial and preliminary hearing thru 7/23/19**.

DATED this **20th** day of **June**, 20**19**, at **Miami**.
Southern District of Florida.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

c: AUSA, Defense Counsel