UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-20358-CR-UNGARO

UNITED STATES OF AMERICA,

v.

MARIO E. LOPEZ-DUBUISSON,
JUAN SANCHEZ-COC,
_____/

### ORDER SETTING PLEA DATE

THIS MATTER is hereby set for Plea before the Hon. Ursula Ungaro at the United States District Court, Twelfth Floor Courtroom, 400 North Miami Avenue, 12-4, Miami, Florida on **OCTOBER 31, 2019 at 1:30 P.M.** Further, based on the representations made by counsel and in the interest of justice, it is

ORDERED AND ADJUDGED that the period of delay resulting from the this Order Setting Plea Date, to-wit: the date of this Order to and including the date of the above-referenced Plea hearing, shall be deem excludable time in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DONE AND ORDERED in Chambers at Miami, Florida, this 13 day of September, 2019.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies provided to Csl or record