UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-CR-20358-Ungaro

UNITED STATES OF AMERICA

vs.

MARIO ERNESTO LOPEZ DUBUISSON,

_____/

## STIPULATED FACTUAL PROFFER IN SUPPORT OF PLEA

If this matter were to proceed to trial, the Government would prove the following facts beyond a reasonable doubt. The Parties agree that these facts, which do not include all facts known to the Government and the Defendant, **MARIO ERNESTO LOPEZ DUBUISSON**, are sufficient to prove the guilt of the Defendant of the above-referenced Indictment:

Co-conspirator testimony and corroborating evidence would show that between January 2011 to about May 2018, a group of individuals conspired together with the Defendant to send cocaine from Colombia to Central America, with the knowledge and understanding that at least a portion of this cocaine would be imported into the United States. More specifically, as part of the conspiracy during those years, the Defendant operated a transportation route from Costa Rica to Guatemala that assisted in moving the drugs north. In making arrangements to transport the cocaine, the Defendant utilized airplanes, among other things, that would take off and land on clandestine airstrips in Costa Rica and Guatemala to accomplish the drug trafficking. The co-conspirators, including the Defendant, were all aware that this cocaine would continue moving

1

north once it arrived in Guatemala, with the understanding that a portion, at least 5 kilograms, would then move further into the U.S.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 10·31·19     By: _____
                        WALTER M. NORKIN
                        ASSISTANT U.S. ATTORNEY

Date: 10-31-19    By: _____
                        G. ALLEN DALE, ESQ.
                        ATTORNEY FOR DEFENDANT

Date: 10-31-19    By: _____
                        MARIO ERNESTO LOPEZ DUBUISSON
                        DEFENDANT

2